**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED TRANSPORT DYNAMICS,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>J.B. HUNT TRANSPORT,<br><br>　　　　Defendant(s).<br>_____/ | No. C-11-00075-DMR<br><br>**ORDER RE PLAINTIFF'S DISCOVERY LETTER OF SEPTEMBER 20, 2011 [DOCKET NO. 33]** |

　　The court is in receipt of Plaintiff's discovery letter of September 20, 2011 [Docket No. 33]. The court dismisses the letter without prejudice. The court ORDERS that the parties shall meet and confer to resolve the discovery issues discussed within the letter. If the parties fail to resolve their disputes, they shall file a joint letter with the court by September 30, 2011. A party's failure to meaningfully meet and confer may result in sanctions.

　　IT IS SO ORDERED.

Dated: September 21, 2011

[Seal: DENIED WITHOUT PREJUDICE / Judge Donna M. Ryu / United States District Court Northern District of California]

_____
DONNA M. RYU
United States Magistrate Judge